IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YNDIA BREAUX, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | No. 3:21-cv-1718-M-BN |
| | § | |
| ARAMARK UNIFORM & CAREER | § | |
| APPAREL, LLC, | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on September 15, 2022. *See* Dkt. No. 38. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 17th day of October, 2022.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE